DMB:JDL
F.#2010R01302 / OCDETF# NYNYE643

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

RAMIL CUSTODIO,
    also known as "Lento,"
ERIC DIAZ,
    also known as "Nagua,"
    "Francisco Almanzar" and
    "Rafael Kano,"
BLADAMIR MOREY,
    also known as "Bla,"

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

JOSE ORLANDO VARGAS,
    also known as "Orlando" and
    "Armando Padilla Aguaya,"
▇▇▇▇▇▇▇▇▇ and
ERICK LIVENT-MEJIA,

             Defendants.

- - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 10-531 (S-2)(BMC)
(T. 21, U.S.C., §§
841(b)(1)(A)(ii)(II)
and 846; T. 18, U.S.C.,
§§ 924(c)(1)(A)(i),
924(c)(1)(A)(ii),
924(c)(1)(A)(iii),
1951(a), 2 and 3551 et
seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Hobbs Act Robbery Conspiracy)

On or about and between January 1, 2007 and July 8, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ RAMIL CUSTODIO, also known as "Lento," ERIC DIAZ, also

known as "Nagua," "Francisco Almanzar" and "Rafael Kano," BLADAMIR MOREY, also known as "Bla," ███████████████ ███████████████████████████████ JOSE ORLANDO VARGAS, also known as "Orlando" and "Armando Padilla Aguaya," ████ ██████ and ERICK LIVENT-MEJIA, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by the robbery of drug traffickers in New York, North Carolina, Georgia and elsewhere.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT TWO
(Unlawful Use of Firearms)

On or about and between January 1, 2007 and July 8, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants ████ ███████████████████████████████████████████████ ██████ RAMIL CUSTODIO, also known as "Lento," ERIC DIAZ, also known as "Nagua," "Francisco Almanzar" and "Rafael Kano," BLADAMIR MOREY, also known as "Bla," ███████████████ ███████████████████████████████ JOSE ORLANDO VARGAS, also known as "Orlando" and "Armando Padilla Aguaya," ████ ██████ and ERICK LIVENT-MEJIA, together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to a crime of violence, to wit: the crime

2

charged in Count One, and did knowingly and intentionally possess said firearms in furtherance of such crime of violence, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

## COUNT THREE
(Conspiracy to Distribute Narcotics)

On or about and between January 1, 2007 and July 8, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants ███████████████████████████████████ RAMIL CUSTODIO, also known as "Lento," ERIC DIAZ, also known as "Nagua," "Francisco Almanzar" and "Rafael Kano," BLADAMIR MOREY, also known as "Bla," ███████████████████████████████████ JOSE ORLANDO VARGAS, also known as "Orlando" and "Armando Padilla Aguaya," ███████ and ERICK LIVENT-MEJIA, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing

3

cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

                                       A TRUE BILL

                                       _____
                                       FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK